**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| TIMOTHY C. CULBERTSON,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>CATHERINE BECK,<br><br>Defendant-Appellee. | No. 26-2697<br><br>Appeal from the United States District Court for the Northern District of Illinois, Case No. 25-cv-10695<br><br>The Honorable Franklin U. Valderrama, District Judge Presiding |

**CORRECTED DOCKETING STATEMENT**

Pursuant to Circuit Rule 3(c)(1), Defendant-Appellee Catherine Beck ("Beck") submits this corrected docketing statement.

**A. Basis for the District Court's Subject Matter Jurisdiction**

The district court had subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the action is between citizens of different States and the amount in controversy exceeds $75,000. Plaintiff-Appellant Timothy C. Culbertson ("Culbertson") is domiciled in Illinois and a citizen of Illinois. Defendant-Appellee Beck is domiciled in Wisconsin and a citizen of Wisconsin. Culbertson's complaint seeks damages in excess of $500,000, plus punitive damages.

Culbertson filed this action in the Circuit Court of Cook County, Illinois, on July 1, 2025. Beck was personally served with the complaint and summons on August 9, 2025, and timely removed the action to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §§ 1441(a) and 1446 by filing a notice of removal on September 5, 2025. No party contested removal, and the district court's jurisdiction was not otherwise challenged.

**B. Basis for the Court of Appeals' Jurisdiction**

This Court has jurisdiction pursuant to 28 U.S.C. § 1291. On July 10, 2026, the district court entered a final order granting Beck's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing Culbertson's complaint in its entirety with prejudice, and terminating the civil case. Culbertson filed his notice of appeal with the district court on August 6, 2026, within 30 days of the entry of the final order and judgment. The notice of appeal was therefore timely under Federal Rule of Appellate Procedure 4(a)(1)(A).

**C. Other Procedural Matters**

There are no prior or related appellate proceedings in this Court.

Dated: August 20, 2026

Respectfully submitted,

CATHERINE BECK

By: /s/ Natalie A. Harris
One of her attorneys

Natalie A. Harris (ARDC #6272361)
Sharon Albrecht (ARDC #6288927)
BARON HARRIS HEALEY
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 741-1030
nharris@bhhlawfirm.com
salbrecht@bhhlawfirm.com